PETITIONS FOR CERTIORARI DENIED OR DIS-
MISSED, FROM APRIL 28, 1924, TO AND IN-
CLUDING JUNE 9, 1924.

No. 984. HARRY A. HORINE ET AL. *v.* UNITED STATES.
Petition for a writ of certiorari to the Circuit Court of
Appeals for the Fifth Circuit. April 28, 1924. Motion
for leave to file petition for a writ of certiorari herein,
without a certified copy of the record, granted, the case
docketed, and the petition denied. *Mr. Harry A. Horine*
and *Mr. Sam Goslinsky* for petitioners. No brief filed
for the United States.

---

No. 887. CHICAGO & NORTHWESTERN RAILWAY COM-
PANY *v.* ALVIN R. DURHAM COMPANY ET AL. April 28,
1924. Petition for a writ of certiorari to the Supreme
Court of the State of Michigan denied for lack of juris-
diction, there being no final decree. *Mr. Robert H. Wid-*
*dicombe* and *Mr. R. N. Van Doren* for petitioner. *Mr.*
*Julius J. Patik* for respondents.

---

No. 906. DAISY M. SCOTT ET AL. *v.* CITY OF COLUMBUS,
OHIO. April 28, 1924. Petition for a writ of certiorari to
the Supreme Court of the State of Ohio denied. *Mr.*
*Timothy S. Hogan* for petitioners. *Mr. Charles A. Leach*
for respondent.

---

No. 910. PRAIRIE OIL & GAS COMPANY *v.* LOUIS F.
SHANBLUM ET AL. April 28, 1924. Petition for a writ of
certiorari to the Circuit Court of Appeals for the Fifth
Circuit denied. *Mr. C. S. Arnold* for petitioner. No
appearance for respondents.